# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D17-216

————————————————

CHRISTOPHER ARMSTRONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

April 3, 2018

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

————————————————

*Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.*

————————————————

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jason W. Rodriguez, Assistant Attorney General, Tallahassee, for Appellee.